WM 18-124 TO
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JOAN CONTRERAS,

                             Plaintiff,

    -against-

WAL-MART STORES EAST, LP and
GREEN ACRES MALL, LLC,

                          Defendants.
-----------------------------------------------------------X

**FILED**
**CLERK**

3:03 pm, Dec 03, 2020

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

Docket No.: 18CV03589

STIPULATION OF
DISCONTINUANCE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for the parties to the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same is hereby discontinued against defendant WAL-MART STORES EAST, LP i/s/h/a "WAL-MART STORES, INC. and WAL-MART REAL ESTATE BUSINESS TRUST", with prejudice, without costs to either party as against the other. This stipulation may be filed without further notice to any party with the Clerk of the Court.

Dated: Northport, New York
       October 22, 2020

_____
LEVINE & SLAVIT, PLLC
Attorneys for Plaintiff
60 East 42nd Street, Suite 2101
New York, New York 10165-6233
(212) 687-2777

*Thomas Oconnor*
_____
BRODY, O'CONNOR & O'CONNOR, ESQS
Attorneys for Defendant
7 Bayview Avenue
Northport, New York 11768
(631) 261-7778

The Clerk of the Court is directed to terminate defendant Wal-Mart Stores East, LP. The case remains open as to the remaining defendant. Plaintiff is directed to advise the Court how it intends to proceed by letter filed no later than 12/11/20. Submission of a notice of voluntary dismissal will satisfy this directive.

SO ORDERED
/s/ Sandra J. Feuerstein
U.S. District Judge

Dated: Central Islip, New York
       December 3, 2020