UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

JOAN CONTRERAS,

                Plaintiff,

     v.

WAL-MART STORES EAST, LP, and
GREEN ACRES MALL LLC,

                Defendants.
------------------------------------------------------------X

**FILED**
**CLERK**
12/18/2020 5:57 pm
**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

**NOTICE OF VOLUNTARY DISMISSAL**

18-CV-3589 (SJF) (ST)

      Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff JOAN CONTRERAS, by her counsel LEVINE & SLAVIT, PLLC, hereby gives notice that the above captioned action is voluntarily dismissed, without prejudice against the defendant GREEN ACRES MALL LLC.

Dated: New York, New York
       December 18, 2020

                Yours, etc.

                LEVINE & SLAVIT, PLLC

                BY: _____
                    THOMAS COMBS
                Attorneys for Plaintiff
                Office & P.O. Address
                60 East 42nd Street, Suite 2101
                New York, New York 10165-6233
                212 687-2777

The case is closed.
SO ORDERED

/s/Sandra J. Feuerstein
United States District Judge

Dated: Central Islip, New York
       December 18, 2020